UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6639

WILLIAM THOMAS BARNES,

Plaintiff - Appellant,

versus

DOUGLAS HARRIS, Sgt.; G. J. BRANKER, Captain;
JAMES B. FRENCH, Warden; W. E. MCMICHAEL, JR.;
FAY LASSITER; KEITH HESTER; GARY T. DIXON;
LYNN PHILLIPS; FRANKLIN FREEMAN,

Defendants- Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-96-596)

Submitted: September 30, 1998      Decided: October 15, 1998

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Thomas Barnes, Appellant Pro Se. William Dennis Worley, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Thomas Barnes appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barnes v. Harris</u>, No. CA-96-596 (E.D.N.C. Apr. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>